**Order entered May 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00378-CV

### IN RE: TODD PRUETT

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07463**

## ORDER

We **GRANT** appellant's May 16, 2013 motion to recover documents. We **DIRECT** the

Clerk of this Court to send appellant a copy of the petition for writ of mandamus and

accompanying documents that he filed with this Court.


/s/     CAROLYN WRIGHT
        CHIEF JUSTICE